**U.S. DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION**

ERIC REYES and MARIA REYES,

   Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY

   Defendant.
_____/

**COPIES OF ALL PROCESS, PLEADINGS AND ORDERS,
WITH THE EXCEPTION OF DISCOVERY SERVED WITH THE COMPLAINT,
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, MIAMI-
DADE COUNTY, FLORIDA SERVED IN THE STATE PROCEEDINGS**



# Notice of Service of Process

**TV / ALL**
**Transmittal Number: 21674210**
**Date Processed: 06/29/2020**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Scottsdale Insurance Company<br>Entity ID Number 3286058 |
| **Entity Served:** | Scottsdale Insurance Company |
| **Title of Action:** | Eric Reyes and Maria Reyes vs. Scottsdale Insurance Company |
| **Matter Name/ID:** | Eric Reyes and Maria Reyes vs. Scottsdale Insurance Company (10330147) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Miami-Dade County Circuit Court, FL |
| **Case/Reference No:** | 2020-013007-CA-01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 06/26/2020 |
| **Answer or Appearance Due:** | 20 days |
| **Originally Served On:** | FL - Chief Financial Officer on 06/22/2020 |
| **How Served:** | Electronic SOP |
| **Sender Information:** | Robin D Benjamin<br>305-667-3330 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

| | |
|---|---|
| ERIC REYES AND MARIA REYES | CASE #: 2020-013007-CA-01 |
| | COURT: JUDICIAL |
| | COUNTY: MIAMI-DADE |
| PLAINTIFF(S) | DFS-SOP #: 20-000168542 |

VS.

SCOTTSDALE INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, COVER LETTER

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, June 22, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Friday, June 26, 2020 to the designated agent for the named entity as shown below.

SCOTTSDALE INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

ROBIN D. BENJAMIN
ATTORNEY
BENJAMIN LEGAL GROUP
7344 SW 48TH STREET
SUITE 302
MIAMI, FL 33155

JM1

| | | |
|---|---|---|
| X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION**<br>X CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>(a) GENERAL FORMS | **CASE NUMBER**<br>2020-013007-CA-01 |
| **PLAINTIFF(S)**<br><br>ERIC REYES AND MARIA REYES | **VS.  DEFENDANT(S)**<br><br>SCOTTSDALE INSURANCE COMPANY | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): **The Insurance Commissioner State of Florida, Tallahassee, Florida As Registered Agent for: SCOTTSDALE INSURANCE COMPANY**

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: **Robin D. Benjamin, Esq.**

whose address is: **The Benjamin Legal Group, 7344 SW 48 St, Ste. 302, Miami, FL 33155**

**Phone No.: 305-667-3330**

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| | | **DATE**<br>6/22/2020 |
|---|---|---|
| **HARVEY RUVIN**<br>**CLERK of COURTS** | *[signature]*<br>**DEPUTY CLERK** | |

(sidebar: RECEIVED AS STATUTORY REGISTERED AGENT on 22 June, 2020 and served on defendant or named party on 26 June, 2020 by the Florida Department of Financial Services)

# AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 314  Rev. 11/18                                              Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

ERIC REYES AND MARIA REYES,

    Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

# COMPLAINT

**COMES NOW**, the Plaintiffs, **ERIC REYES AND MARIA REYES** by and through undersigned counsel, and hereby sue the Defendant, **SCOTTSDALE INSURANCE COMPANY** (hereinafter referred to as "SCOTTSDALE"), and in support thereof allege as follows:

1. This is an action for an amount exceeding Thirty Thousand ($30,000.00) Dollars but less than Seventy-Five Thousand ($75,000) Dollars, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, the Plaintiffs, ERIC REYES AND MARIA REYES was and are residents of MIAMI-DADE County, Florida and *sui juris*.

3. At all times material hereto, the Defendant, SCOTTSDALE, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within MIAMI-DADE County, Florida.

4. At all times material hereto, the Plaintiffs was the owners of the residential property located at 9231 NW 33 AVE RD, Miami, MIAMI-DADE County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by the Defendant to Plaintiffs; specifically policy number: DFS1117856. (A copy of the policy is not attached hereto, but the Defendant has it within its possession).

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that the Defendant, SCOTTSDALE, provides coverage for property damage, including contents, rendered to Plaintiffs' subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. The Plaintiffs have complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

## COUNT I - BREACH OF CONTRACT

9. Plaintiffs re-alleges and re-avers paragraphs 1 - 8 as though fully set forth herein.

10. That on or about September 10, 2017, the Plaintiffs' property was damaged directly and/or indirectly by water due to Hurricane Irma.

11. That as a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

12. That the Plaintiffs did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, SCOTTSDALE, a full and particular account of expenses and losses as a result of the said accident.

13. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with SCOTTSDALE.

14. That the Defendant's conduct has caused the Plaintiffs to retain the services of the undersigned counsel to represent him in this action, and Plaintiffs are entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiffs, **ERIC REYES AND MARIA REYES** demands judgment against the Defendant, **SCOTTSDALE INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

## COUNT II - BREACH OF CONTRACT

15. Plaintiffs re-alleges and re-avers paragraphs 1 - 8 as though fully set forth herein.

16. That on or about April 18, 2019, the Plaintiffs' property was damaged directly and/or indirectly by water due to a broken and/or leaking pipe in the kitchen.

17. That as a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

18. That the Plaintiffs did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, SCOTTSDALE, a full and particular account of expenses and losses as a result of the said accident.

19. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with SCOTTSDALE.

20. That the Defendant's conduct has caused the Plaintiffs to retain the services of the undersigned counsel to represent him in this action, and Plaintiffs are entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiffs, **ERIC REYES AND MARIA REYES** demands judgment against the Defendant, **SCOTTSDALE INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this 19th day of June, 2020.

>
> Robin D. Benjamin, Esquire
> **BENJAMIN LEGAL GROUP, P.A.**
> Attorneys for Plaintiff
> 7344 SW 48th Street, Suite 302
> Miami, Florida 33155
> Phone: 305.667.3330
> Fax    : 305.667.6851
> Pleadings only:
> Office@Benjaminlegalgroup.com
> By:   */s/ Robin D. Benjamin, Esq.*
> Robin D. Benjamin

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE
COUNTY, FLORIDA

Case No. 2020-013007-CA-01

ERIC REYES and MARIA REYES,

   Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY

   Defendant.
_____/

## DEFENDANT'S NOTICE OF
## DESIGNATION OF E-MAIL ADDRESSES

Defendant, Scottsdale Insurance Company, by and through undersigned counsel, and pursuant to Fla. R. Jud. Admin. 2.516, hereby files this Notice of Designation of E-Mail Addresses for service by electronic mail in this action.

   Primary E-Mail Address:   pleadings@rocklawpa.com

   Secondary E-Mail Address:   rmoreno@rocklawpa.com

Service to any other e-mail address(es) will not be considered proper service to the above-referenced rule.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Portal and/or electronic mail on the 16th day of July, 2020 to Robin D. Benjamin, Esquire, Benjamin Legal Group, P.A., Office@Benjaminlegalgroup.com.; efiling@benjaminlegalgroup.com.

                                 */s/ Robert L. Rogers, III*
                                 Andrew P. Rock, Esquire
                                 Florida Bar No. 0656437
                                 Robert L. Rogers, III, Esquire
                                 Florida Bar No. 0694207

          The Rock Law Group, P.A.
          1760 Fennell Street
          Maitland, FL 32751
          Telephone: (407) 647-9881
          Telecopier: (407) 647-9966
          Email: pleadings@rocklawpa.com; and
          rmoreno@rocklawpa.com
          Attorneys for Defendant, Scottsdale
          Insurance Company

rm

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE
COUNTY, FLORIDA

Case No. 2020-013007-CA-01

ERIC REYES and MARIA REYES,

   Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY

   Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that The Rock Law Group, P.A., is appearing as counsel for Defendant, Scottsdale Insurance Company, in the above-styled cause of action. As such, please forward copies of all future pleadings, correspondence, etc. to The Rock Law Group, P.A., 1760 Fennell Street, Maitland, Florida 32751.

*REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Portal and/or electronic mail on the 16th day of July, 2020, to Robin D. Benjamin, Esquire, Benjamin Legal Group, P.A., Office@Benjaminlegalgroup.com.; efiling@benjaminlegalgroup.com.

> */s/ Robert L. Rogers, III*
> Andrew P. Rock, Esquire
> Florida Bar No. 0656437
> Robert L. Rogers, III, Esquire
> Florida Bar No. 0694207
> The Rock Law Group, P.A.
> 1760 Fennell Street
> Maitland, FL 32751
> Telephone: (407) 647-9881
> Telecopier: (407) 647-9966
> Email: pleadings@rocklawpa.com;
> and rmoreno@rocklawpac.om
> Attorneys for Defendant,
> Scottsdale Insurance Company

rm/